UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| | : | |
| *versus* | : | CIVIL NO. 19-CV-836 |
| | : | |
| THIRTY-TWO THOUSAND | : | |
| THREE HUNDRED FIFTY-EIGHT | : | |
| DOLLARS AND 00/100 | : | |
| IN U.S. CURRENCY; | : | |
| ASTRA 9MM PISTOL, | : | |
| SERIAL NUMBER 20589; AND | : | |
| RUGER P-89 PISTOL, | : | |
| SERIAL NUMBER 304-90993 | : | |
|     Defendants | : | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who allege the following:

**NATURE OF THE ACTION**

This is a civil action in rem brought to forfeit and condemn to the United States 1) Thirty-Two Thousand Three Hundred Fifty-Eight Dollars and 00/100 ($32,358.00) in U.S. currency, representing proceeds of drug trafficking, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq., and 2) an Astra 9mm pistol, bearing serial number 20589, and a Ruger P-89 pistol, bearing serial number 304-90993, representing property used or intended to be used to facilitate the possession of controlled substances, in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq.  Therefore, the currency and the two firearms (collectively, "defendant property") are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6), (a)(11), and 18 U.S.C. § 981(a)(1).

## JURISDICTION AND VENUE

Plaintiff brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881(a)(6), (a)(11),and 18 U.S.C. § 981(a)(1).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, pursuant to 28 U.S.C. § 1395.

## THE DEFENDANTS IN REM

The defendant property consists of 1) Thirty-Two Thousand Three Hundred Fifty-Eight Dollars and 00/100 ($32,358.00) in United States currency, 2) an Astra 9mm pistol, bearing serial number 20589, and 3) a Ruger P-89 pistol, bearing serial number 304-90993.

## FACTS

On June 5, 2019, agents with the Federal Bureau of Investigation ("FBI") and other law enforcement personnel conducted a search warrant at the residence located at 12249 North Wendover Drive, Baton Rouge, Louisiana ("subject residence"). The search warrant was based on evidence, including surveillance, of drug trafficking activity at the subject residence. This search warrant was signed by a Magistrate Judge in the Middle District of Louisiana.

On June 5, 2019, during the execution of the search warrant at 12249 North Wendover Drive, Baton Rouge, Louisiana, FBI personnel located and seized several items including multiple zip lock bags of cocaine, a digital scale, numerous firearms, and a large amount of United States currency. $8,993.00 in United States currency was found in the master bedroom nightstand, and $23,365.00 in United States currency was found in the master bedroom closet and bathroom. All of this currency (totaling $32,358) was seized by the FBI, and a receipt of the seizure of this currency was provided to Larry Hughes, one of the residents of the subject residence.

Among the firearms seized were an Astra 9mm pistol, bearing serial number 20589, and a Ruger P-89 pistol, bearing serial number 304-90993.

Larry Hughes was interviewed by the FBI on June 5, 2019, at his residence. During this interview, he stated that he had been selling cocaine for approximately one year. He further stated that the cash located in the master bedroom nightstand was proceeds from drug trafficking.

The Thirty-Two Thousand Three Hundred Fifty-Eight Dollars and 00/100 ($32,358.00) in United States currency is drug proceeds, and is forfeitable pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(b), as moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance … or all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. § 841(a)(1). The Astra 9mm pistol, bearing serial number 20589, and the Ruger P-89 pistol, bearing serial number 304-90993, are property used or intended to be used to facilitate the possession of controlled substances, in violation of 21 U.S.C. § 841(a)(1), and are, thus, forfeitable pursuant to 21 U.S.C. § 881(a)(11).

## **LAW**

18 U.S.C. § 841(a) provides that it shall be unlawful for any person knowingly or intentionally —

1) To manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

21 U.S.C. § 881(a)(6) provides that the following shall be subject to forfeiture to the United States:

(6) All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter.

21 U.S.C. § 881(a)(11) provides that the following shall be subject to forfeiture to the United States:

(11) Any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in paragraph (1) or (2) and any proceeds traceable to such property.

## **BASIS FOR FORFEITURE**

The defendant property is subject to forfeiture under the following legal provisions:

(1) The Thirty-Two Thousand Three Hundred Fifty-Eight Dollars and 00/100 ($32,358.00) in United States currency is forfeitable because, pursuant to 21 U.S.C. § 881(a)(6), it represents moneys, negotiable instruments and other things of value furnished and intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, in violation of 21 U.S.C. § 841(a)(1); and

(2) The Astra 9mm pistol, bearing serial number 20589, and the Ruger P-89 pistol, bearing serial number 304-90993 are both forfeitable because, pursuant to 21 U.S.C. § 881(a)(11), they represent property used or intended to be used to facilitate the possession of controlled substances, in violation of 21 U.S.C. § 841(a)(1).

To the extent that it is necessary to do so, the United States intends to rely on the provisions of 18 U.S.C. § 984 to establish that the defendant property is the property involved in the violations of 21 U.S.C. § 881(a)(6) and (a)(11).

## **CLAIM FOR RELIEF**

By reason of the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 881(a)(6), (a)(11), and 981(a)(1).

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: john.casey@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | : | |
| | : | |
| *versus* | : | CIVIL NO. 19-CV-836 |
| | : | |
| THIRTY-TWO THOUSAND<br>THREE HUNDRED FIFTY-EIGHT<br>DOLLARS AND 00/100<br>IN U.S. CURRENCY;<br>ASTRA 9MM PISTOL,<br>SERIAL NUMBER 20589; AND<br>RUGER P-89 PISTOL,<br>SERIAL NUMBER 304-90993<br>    Defendants | : | |

## **VERIFICATION**

  I, Special Agent Kyle Kuhn, hereby verify and declare under penalty of perjury that I am a Special Agent with the Federal Bureau of Investigation, that I have read the foregoing <u>Verified Complaint In Rem</u> and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

  The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent of the Federal Bureau of Investigation.

  I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

  Dated this __2__ day of December, 2019.

                       _____
                       KYLE KUHN
                       Special Agent, FBI

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff(s)* v. $32,358.00 in U. S. Currency; an Astra 9mm pistol, bearing serial number 20589; and a Ruger P-89 pistol, bearing serial number 304-90993 *Defendant(s)* | Civil Action No. 19-CV-836 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  $32,358.00 in U. S. Currency; an Astra 9mm pistol, bearing serial number 20589; and a Ruger P-89 pistol, bearing serial number 304-90993

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. BRADY CASEY
ASSISTANT UNITED STATES ATTORNEY
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-836

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$32,358.00 in U.S. Currency, Astra 9mm pistol and Ruger P-89 pistol

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brady Casey, AUSA
777 FLORIDA STREET, ROOM 208
BATON ROUGE, LOUISIANA 70801 TEL: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | | | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21, United States Code, Section 881(a)(6) and Title 18, United States Code, Section 981(a)(1)

Brief description of cause:
Forfeiture In Rem

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE                           DOCKET NUMBER

DATE: 12/02/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ J. Brady Casey

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE